# United States District Court
## WESTERN DISTRICT OF NEW YORK

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 04-CV-326 S

Board of Trustees of Local 41 International Brotherhood of
Electrical Workers Health Fund, et al

v.

Modern Tech Design & Services, Inc.

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiffs' Motion for Default Judgment is granted. Further, judgment is entered against defendant Modern Tech Design & Services, Inc. and in favor of the Board of Trustees, Local 41 International Brotherhood of Electrical Workers Health Fund in the amount of $77,840.68 together with per diem interest of $19.32 from 6/10/05 until date of entry of judgment with costs of $66.98 as taxed.

Further, judgment is entered against defendant Modern Tech Design & Services, Inc. and in favor of Plaintiff, Board of Trustees, Local 41 International Brotherhood Of Electrical Workers Pension Fund in the amount of $49,984.43 together with per diem interest of $13.22 from 6/10/05 until date of entry of judgment with costs of $43.01 as taxed.

Further, judgment is entered against defendant Modern Tech Design & Services, Inc. and in favor of Plaintiff Board of Trustees, Local 41 International Brotherhood Of Electrical Workers Annuity Fund in the amount of $25,170.26 together with per diem interest of $6.89 from 6/10/05 until date of entry of judgment with costs of $21.65 as taxed.

Further, judgment is entered against defendant Modern Tech Design & Services, Inc. and in favor of Plaintiff, Board of Trustees, Local 41 International Brotherhood Of Electrical Workers Unit Pension Fund in the amount of $10,288.00 together with per diem interest of $2.58 from 6/10/05 until date of entry of judgment with costs of $8.85 as taxed.

Further, judgment is entered against defendant Modern Tech Design & Services, Inc. and in favor of Plaintiff, Local 41 International Brotherhood of Electrical Workers in the amount of $9,603.97 together with per diem interest of $2.13 from 6/10/05 until date of entry of judgment with costs $6.24 as taxed.

Further, judgment is entered against defendant Modern Tech Design & Services, Inc.and in favor of Plaintiff Board of Trustees of Electrical Industry Education Fund in the amount of $7,240.93 together with per diem interest of $1.89 from 6/10/05 until date of entry of judgment with costs of $8.27 as taxed.

Date: July 21, 2005                                          RODNEY C. EARLY, CLERK

                                                             By:    s/Deborah M. Zeeb
                                                                    Deputy Clerk